# Court of Appeals
# of the State of Georgia

ATLANTA,  March 12, 2026

*The Court of Appeals hereby passes the following order:*

## A26D0392. TIMESHIE HOWELL et al v. KIMBERLY ASSOCIATES II, LP et al.

This dispossessory action originated in magistrate court. After the magistrate court entered a writ of possession in favor of the plaintiff, the defendant Timeshie Howell filed a petition for review to the state court. On January 29, 2026, the state court entered an order dismissing Howell's petition for review for failure to pay rent into the court registry. On March 5, 2026, Howell filed this application for discretionary review.[1] We lack jurisdiction.

Appeals in dispossessory actions, including applications for discretionary review, must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56(b)(1); *Stubbs v. Local Homes, LLC*, 375 Ga. App. 513, 516–17 (915 SE2d 91) (2025); *Radio Sandy Springs v. Allen Road Joint Venture*, 311 Ga. App. 334, 335–36 (715 SE2d 752) (2011). The deadlines for filing applications for discretionary review are jurisdictional, and this Court cannot accept an application not made in compliance with the applicable deadline. See *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).

---

[1] Howell previously filed a direct appeal, which this Court dismissed on the basis that the case was subject to the discretionary application procedure. See OCGA § 5-6-35(a)(11); Case No. A26A1372 (Mar. 3, 2026).

Howell's discretionary application is untimely because it was filed 35 days after entry of the state court's order. Thus, we lack jurisdiction over the application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 03/12/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*